UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-CV-80654-REINHART

**NEIL STIERHOFF**,

    Plaintiff,

v.

**UNITED STATES**,

    Defendant.

_____/

## MOTION FOR CASE REASSIGNMENT TO A DISTRICT COURT JUDGE

Pursuant to Administrative Order 2025-11, Defendant United States of America respectfully moves for reassignment to a District Court Judge because it does not consent to Magistrate Judge Jurisdiction in this case.

Dated: July 23, 2025

Respectfully Submitted,

*/s/ Rachel Iacangelo*
RACHEL IACANGELO
S.D. Fla. Bar Number: A5503123
rachel.e.iacangelo@usdoj.gov
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-353-1978 (v)
202-514-4963 (f)

Of counsel:

HAYDEN O'BYRNE
United States Attorney
Southern District of Florida

## CERTIFICATE OF SERVICE

      I certify that on July 23, 2025, a copy of the foregoing document was served on the plaintiff by U.S. Mail to the following:

Neil Stierhoff
10152 Indiantown Road, Unit 202
Jupiter, Florida 33478

                                                */s/ Rachel Iacangelo*
                                                Rachel Iacangelo
                                                Trial Attorney
                                                U.S. Department of Justice, Tax Division